PEOPLE ex rel. ROTH et al., Respondents, v. RUDHARD et al., Board of Assessors, Appellants. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Proceeding by the People of the State of New York, on the relation of Philip W. Roth and others, against Richard D. C. Rudhard and others, constituting the Board of Assessors of the Village of Kenmore, N. Y. With this case has been consolidated in this court cases bearing titles as follows: People ex rel. Anna R. Winter, Respondent, v. Philip W. Roth et al., Appellants; People ex rel. Frederick Toisul, Respondent, v. Same Defendants, Appellants; People ex rel. Caroline Fritz et al., Respondents, v. Same Defendants, Appellants. No opinions. Final order in each case affirmed, with one bill of costs in the same action in which the court below awarded costs, as per stipulation.

PEOPLE ex rel. SWANSON, Appellant, v. GUSTAVUS ADOLPHUS ORPHAN HOME et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Proceeding by the People of the State of New York, on the relation of Andres S. Swanson, against the Gustavus Adolphus Orphan Home and others. No opinion. Order affirmed, with costs.

PEOPLE ex rel. WATERS v. MILLER. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Proceeding by the People of the State of New York, on the relation of Michael A. Waters, against Cyrus C. Miller, as president. J. H. Banton, for relator, T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE, on Complaint of TAREN, Respondent, v. TAREN, Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Proceeding by the People of the State of New York, on complaint of Lena Taren, against Isidore Taren. No opinion. Order of the County Court of Kings county affirmed, with $10 costs and disbursements.

PEOPLE'S MILK CO., Appellant, v. DOTY, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by the People's Milk Company against John W. Doty. No opinion. Judgment (64 Misc. Rep. 595, 118 N. Y. Supp. 966) affirmed, with costs. New trial in City Court of the City of Buffalo to be held on Tuesday, July 26, 1910, at 10 o'clock in the forenoon.

PERES et al., Respondents, v. KLEINERT, Appellant. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) Action by Samuel Peres and another against Albert E. Kleinert. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

PERLEY v. MORNING TELEGRAPH CO. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by Frank L.

Perley against the Morning Telegraph Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 131 App. Div. 599, 116 N. Y. Supp. 57.

PERLEY v. MORNING TELEGRAPH CO. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Frank L. Perley against the Morning Telegraph Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See also, supra.

In re PHILLIPS. (Supreme Court, Appellate Division, Third Department. September 14, 1910.) In the matter of the application of Charles A. Phillips for a peremptory writ of mandamus to Charles F. Milliken and others, constituting the State Civil Service Commission of the State of New York. No opinion. Motion granted. See, also, 124 N. Y. Supp. 60.

PILZER, Appellant, v. LEDYARD CONST. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Elias M. Pilzer against the Ledyard Construction Company and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

POLLAKOFF, Respondent, v. RAVITCH et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Jacob Pollakoff against David Ravitch and others. No opinion. Judgment and order unanimously affirmed, with costs.

POLLEY, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 14, 1910.) Action by Leon D. Polley against the Lehigh Valley Railroad Company. No opinion. Motion granted, and question certified as follows: "Did the defendant reside within the county of Cortland, within the meaning of section 984 of the Code of Civil Procedure, at the time of the commencement of this action?" See, also, 138 App. Div. 636, 122 N. Y. Supp. 708.

PORTMAN, Respondent, v. ROSENBLUM, Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Jacob Portman against Chaye S. Rosenblum. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re POTTER. (Supreme Court, Appellate Division, First Department. June 24, 1910.) In the matter of Martha Potter, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re PRATT. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) In the matter of the final judicial settlement of

the account of John R. Pratt, as committee, etc. No opinion. Order affirmed on argument, with $10 costs and disbursements.

PRENDERGAST, Appellant, v. SUPREME COUNCIL, ROYAL ARCANUM, Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Bridget Prendergast against the Supreme Council Royal Arcanum. No opinion. Motion to dismiss appeal granted, with costs.

PRENTISS TOOL & SUPPLY CO., Respondent, v. HYDRAULIC MACHINERY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by the Prentiss Tool & Supply Company against the Hydraulic Machinery Company. No opinion. Motion to dismiss appeal granted, unless appellant shall serve printed brief on or before July 18, 1910, and pay $10 costs of this motion.

QUINLAN, Respondent, v. RICHMOND LIGHT & R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Joseph N. Quinlan against the Richmond Light & Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

QUINN, Respondent, v. BRACKEN, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Joseph T. Quinn against Rose Bracken. No opinion. Judgment affirmed, with costs, on the authority of Gilpin v. Savage, 60 Misc. Rep. 605, 112 N. Y. Supp. 802, affirmed 126 App. Div. 924, 111 N. Y. Supp. 1120.

RABELL v. RABELL et al. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Eliza R. Rabell against Charles F. Rabell and others. No opinion. Motion granted, with $10 costs. Order filed.

RAND v. McGONIGLE. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by Sarah Rand against Daniel McGonigle. With this case has been consolidated in this court cases bearing titles as follows: Joseph Finger v. Abraham Korn; Henry H. Jackson v. Buffalo German Ins. Co.; Union Taxicab Auto Service v. Moulton Stables (two cases); Lizzie Bigeleison v. John Tancer (two cases); Henry O. Burnstein v. August E. Halberstadt; Holly Realty Co. v. Morris Wortman; Burns Bros. v. De Leon Realty Co. No opinions. Applications denied, with $10 costs. Orders signed.

RAPISARDA, Respondent, v. FAVATA et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) Action by Giuseppe Rapisarda against Luigi Favata and others. No opinion. Motion to open default denied, with costs, and stay vacated. See, also, 123 N. Y. Supp. 1138.

READER, Appellant, v. HAGGIN, Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by Athole B. Reader against James B. Haggin. C. L. Craig, for appellant. A. McCulloch, for respondent. No opinion. Judgment and order affirmed with costs. Order filed. See, also, 114 App. Div. 115, 99 N. Y. Supp. 684; 117 App. Div. 924, 103 N. Y. Supp. 1139.

REDER et al., Respondents, v. BYRNE, Appellant. (Supreme Court Appellate Division, Second Department. June 24, 1910.) Action by Ignatz Reder and others against John T. Byrne. No opinion. Motion for stay denied, with costs, and temporary stay vacated.

REED, Respondent, v. VAN BERGEN, Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Hollie L. Reed against Henry Van Bergen.

PER CURIAM. Judgment modified, by providing that the appellant shall make provision to release the respondent from his liability upon the bonds secured by the mortgages as a condition to the relief obtained, and, as so modified, unanimously affirmed, with costs to respondent.

REGAN, Respondent, v. MANHATTAN REFRIGERATING CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Thomas Regan against the Manhattan Refrigerating Company. No opinion. Motion denied, without costs, and proceedings remitted to the trial justice for resettlement. Case to be restored to calendar for reargument thereafter.

REICH, Appellant, v. COCHRAN et al., Respondents. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by Lorenz Reich against Eva S. Cochran and others. E. L. Mooney, for appellant. S. Untermyer, for respondents. No opinion. Judgment (102 N. Y. Supp. 827) affirmed, with costs. Order filed. See, also, 122 N. Y. Supp. 1143.

RINKENBERGER, Appellant, v. ROXBURY, Respondent, et al. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) Action by Frances A. Rinkenberger against Caroline I. Roxbury and others. No opinion. Judgment affirmed, with costs.

In re ROBERGE. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) In the matter of the application of Franklin P. Roberge for payment of award made for damage parcel No. 2 in the proceeding entitled "In the Matter of Acquiring Title by the City of New York to Certain Lands and Premises Situated on the Southerly Side of Maurice Avenue and Carroll Place, in the City of New York, in the Borough of Queens." No opinion. Motion granted, without costs, and order signed. See, also, 136 App. Div. 921, 120 N. Y. Supp. 1143.